IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| MEGAN HOFFMANN KOLB, as Personal Administrator for the Estate of DEAN HENRY HOFFMANN, Deceased, | Case No.: 2:24-cv-00160 |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1 DISCLOSURE STATEMENT** |
| WISCONSIN DEPARTMENT OF CORRECTIONS; KEVIN A. CARR, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS; JARED HOY, DEPUTY SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS; YANA PUSICH, SECURITY DIRECTOR; DR. KRISTINA deBLANC, PSYCHOLOGICAL ASSOCIATE; NATHAN PACH, CORRECTIONAL OFFICER, ANN YORK, RN, and RANDALL HEPP, WARDEN, WAUPUN CORRECTIONAL in their individual and official capacities. | |

---

The undersigned counsel of record for Ms. Megan Hoffmann Kolb, as Personal Administrator for the Estate of Dean Henry Hoffmann, deceased, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

A.   Civil L. R. 7.1.   Full name of every party represented in this action by the undersigned counsel:

   1. Megan Hoffmann Kolb, Personal Administrator for the Estate of Dean Henry Hoffmann, deceased.

1

B. Civil L. R. 7.1(a)(2) is not applicable as none of the parties represented by the undersigned are corporate parties.

C. Civil L. R. 7.2(a)(3). Names of all law firms whose attorneys will appear, or are expected to appear, on behalf of Plaintiff:

    1. Story Law Firm, LLC.

RESPECTFULLY SUBMITTED,

Dated: March 5, 2024.  Electronically signed by:

    __*Lonnie D. Story*_____
Lonnie D. Story, Esquire
Attorney for Plaintiff
STORY LAW FIRM, LLC
Wis. Bar #1121459
732 N. Halifax Avenue, #301
Daytona Beach, Florida 32118
(386) 492-5540
lstorylaw@gmail.com