UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF DEAN HENRY HOFFMANN,

    Plaintiff,

v.

    Case No. 24-CV-160

WISCONSIN DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.

## SCHEDULING ORDER

On July 29, 2024 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff were Attorneys Stephen P. New and Lonnie D. Story; on behalf of the defendant was Attorney Brandon T. Flugaur.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. 26 on or before **August 22, 2024**.

2. Plaintiff shall secure local counsel by **August 28, 2024**.

3. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **November 7, 2024**. Defendants shall disclose expert witnesses on or before **December 6, 2024**.

4. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed one month prior to the date upon which the parties' final pretrial disclosures under Rule 26(a)(3) are due.

5. Defendants shall file any motion(s) regarding exhaustion by **September 27, 2024**.

6. All other dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **January 27, 2025**. Such motions shall not be filed prior to the date of completion of discovery.

7. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

8. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Courtroom Deputy Evan Romel is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3298; Evan_Romel@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 29th day of July, 2024.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge