IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF DEAN HENRY HOFFMANN,

    Plaintiff,

    v.                        Case No. 24-CV-0160

WISCONSIN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Assistant Attorney General Kevin L. Grzebielski formally withdraws as counsel of record for the Defendants, Jared Hoy, Kevin Carr, Kristina DeBlanc, Nathan Pach, Randall Hepp, Yana Pusich, and The Wisconsin Department of Corrections, in the above action. Please remove Assistant Attorney Grzebielski as counsel of record and withdraw him from all future electronic filing notifications through the court's CM/ECF system. Assistant Attorneys General Flugaur and Jaber will continue to represent the Defendants.

Dated: November 7, 2024.

                                      Respectfully submitted,

                                      JOSHUA L. KAUL
                                      Attorney General of Wisconsin

                                      s/Kevin L. Grzebielski
                                      KEVIN L. GRZEBIELSKI
                                      Assistant Attorney General
                                      State Bar #1098414

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1780 (Flugaur)
(608) 267-2229 (Jaber)
(608) 266-7234 (Grzebielski)
(608) 294-2907 (Fax)
flugaurbt@doj.state.wi.us
jaberss@doj.state.wi.us
grzebielskikl@doj.state.wi.us