IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF DEAN HENRY HOFFMANN,

Plaintiff,

Case No.: 2:24-cv-160

v.

WISCONSIN DEPARTMENT OF CORRECTIONS, *et al.*

.

Defendants.

JOINT MOTION TO STAY PROCEEDINGS

COMES NOW the Parties by and through their respective undersigned counsel and jointly move this Court to enter an Order Staying Proceedings as the Parties are actively engaged in private settlement negotiations. Should it become necessary, the Parties will contact the Court to request a mediator.

Jointly submitted,

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newlawoffice.com

Lonnie D. Story, Esq. (Wis. Bar #11214)
STORY LAW FIRM, LLC
732 N. Halifax Ave., #301
Daytona Beach, FL 32118
Ph: (386-492-5540
lstorylaw@gmail.com

Jon E. Stanek
STANEK LAW OFFICE
State Bar No. 1056151
901 Fourth Street, Suite 282
Hudson, WI 54016
Tel: (715) 379-0744
Email: jon@staneklawoffice.com

*Attorneys for Plaintiff*

And

JOSHUA L. KAUL
Attorney General of Wisconsin

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar # 1074305

*/s/Samir S. Jaber [w/permission]*
SAMIR S. JABER
Assistant Attorney General
State Bar # 1076522
Samir.jaber@wisdoj.gov

Wisconsin Department of Justice
P.O. Box 7857
Madison, Wisconsin 53707
Ph: (608) 266-1780
flugaurbt@doj.state.wi.us

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF DEAN HENRY HOFFMANN,

Plaintiff,

Case No.: 2:24-cv-160

v.

WISCONSIN DEPARTMENT OF CORRECTIONS, *et al.*

Defendants.

CERTIFICATE OF SERVICE

Undersigned counsel for Plaintiff does hereby certify that the foregoing *Joint Motion to Stay Proceedings* was filed with the clerk on September 8, 2026, via the CM-ECF E-filing System which will provide electronic notification to all counsel of record.

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)